IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kenneth Cardwell,

      Plaintiff(s),

vs.

Dr. Gill, et al.,

      Defendant(s).

Case Number: 1:14cv143

Chief Judge Susan J. Dlott

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 18, 2014 a Report and Recommendation (Doc. 5). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 7).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B)and 1915A(b).

      The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore, **DENYING** plaintiff leave to appeal *in forma pauperis.* See *McGore v. Wrigglesworth,* 114F.3d 601 (6th Cir. 1997).

      IT IS SO ORDERED.

                                                s/Susan J. Dlott
                                                Chief Judge Susan J. Dlott
                                                United States District Court